IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT R. STEWART, | ) | 4:12CV3184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOROTHY SKORUPA, Supervisor, | ) | |
| PATRICIA SUE HARTWELL, | ) | |
| Employment and Training | ) | |
| Coordinator, EXPERIENCE WORK | ) | |
| INC, HOLLY LEWIS, Assistant | ) | |
| Manager, Lincoln Parks and | ) | |
| Recreation, LYNN JOHNSON, Parks | ) | |
| and Recreation Director, | ) | |
| BARBRARA ALBES, Supervisor | ) | |
| EEOC, and STEVEN DAMROW, | ) | |
| EEOC Investigator, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 25th day of September, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge