IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT R. STEWART, | ) | 4:12CV3184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOROTHY SKORUPA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Motion for Reconsideration for Default Judgment." (Filing No. 24.) As the court explained to Plaintiff in its March 28, 2013, Memorandum and Order, Defendants filed responsive pleadings within the time prescribed by the court.

IT IS THEREFORE ORDERED that: Plaintiff's "Motion for Reconsideration for Default Judgment" (Filing No. 24) is denied.

DATED this 5th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.