IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT R. STEWART,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PATRICIA SUE HARTWELL,<br><br>                    Defendant. | 4:12CV3184<br><br>ORDER |

    This matter is before the court on plaintiff's motion to reconsider, Filing No. 46, and amended motion to reconsider, Filing No. 47. Defendants Skorupa, Lewis and Johnson have filed an opposition to the motion, Filing No. 48. On December 12, 2013, this court entered a Memorandum and Order, Filing No. 44, granting defendants Skorupa, Lewis and Johnson's motion for summary judgment. Filing No. 33. Plaintiff now asks this court to reconsider and reverse its order of December 12, 2013. The court has carefully reviewed the motion and finds it must be denied. Plaintiff alleges no new facts or law, but instead plaintiff reiterates earlier arguments already addressed by this court. *See Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010) ("Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quotations and citations omitted)); Fed. R. Civ. P. 60(b). Accordingly, plaintiff's motion is denied.

    THEREFORE, IT IS ORDERED that plaintiff's motion for reconsideration, Filing No. 46, and amended motion for reconsideration, Filing No. 47, are denied.

    Dated this 30th day of January, 2014.

                                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    United States District Judge